IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL TINSLEY                           :      CIVIL ACTION
AND ON BEHALF OF SIMILAR                  :
INMATES SITUATION                         :
                                          :
        v.                                :
                                          :
WILLIAM J. MAZZOLA, et al.                :      NO. 11-6408

O R D E R

AND NOW, this  /0   day of November, 2011, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.