IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL TINSLEY<br>AND ON BEHALF OF SIMILAR<br>INMATES SITUATION | : <br> : <br> : | CIVIL ACTION |
| v. | : | |
| WILLIAM J. MAZZOLA, et al. | : | NO. 11-6408 |

O R D E R

AND NOW, this /0 day of November, 2011, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.